UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.,<br><br>Defendants. | Case No. CV 19-169-VAP (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the relevant records on file, and the Final Report and Recommendation of the United States Magistrate Judge.  The Court has engaged in de novo review of those portions of the original Report to which Defendants have objected.  The Court accepts the findings and recommendation of the Magistrate Judge as set forth in the Final Report and Recommendation.

IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment is GRANTED IN PART AND DENIED IN PART.  Defendants' Motion for Summary Judgment is DENIED as to Claim One of the First Amended Complaint and GRANTED as to Claim Two of the First Amended Complaint.

1  Accordingly, Claim Two and, therefore, defendant Rosales are dismissed from the
2  action without prejudice.

4  Dated: June 9, 2020

HONORABLE VIRGINIA A. PHILLIPS
United States District Judge