JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRACEY BERNARD WASHINGTON,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION et al.,**<br><br>Defendants. | 2:19-cv-00169-VAP-KK<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))**<br><br>Judge: The Honorable Kenly Kiya Kato<br>Action Filed: 4/1/2019 |

Having read and considered Plaintiff Tracey B. Washington and Defendants A. Lizama, B. Presnell, G. Hernandez, J. Hanks, O. Romo-Munoz, and W. Wingfield stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the stipulation is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The entire matter is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

///

///

1

2. Each party shall bear its own litigation costs and attorney's fees.

**IT IS SO ORDERED**.

Dated:  November 24, 2021

_____

The Honorable Kenly Kiya Kato